### 12488.  REED OIL COMPANY *v.* SMITH.

BELL, J.  This court having in a judgment rendered in this case (27 *Ga. App.* 470, 109 S. E. 171) affirmed the judgment of the city court of Atlanta, and the Supreme Court on certiorari having reversed the judgment of this court (154 *Ga.* 183, 114 S. E. 56), the judgment of affirmance originally rendered by this court must be vacated and the judgment of the trial court reversed.

*Judgment reversed.  Stephens, J., concurs; Jenkins, P. J., disqualified.*

DECIDED NOVEMBER 22, 1922.

Action for damages; from city court of Atlanta — Judge Reid. April 16, 1921.

*Neufville & Neufville,* for plaintiff in error.
*Virlyn B. Moore, Hewlett & Dennis,* contra.